UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KINCAID and ESTELLA KINCAID,<br><br>    Appellants,<br><br>    v.<br><br>SUSAN K. SMITH AND THE OFFICE OF THE U.S. TRUSTEE,<br><br>    Trustees. | No.  2:13-cv-01032-TLN<br><br>**ORDER** |

This case was originally brought before this Court on May 24, 2013.  (*See* Notice of Bankruptcy Appeal, ECF No. 1.)  On August 20, 2014, the Deputy Clerk of the U.S. Bankruptcy Court of the Eastern District of California certified that the record with respect to Appellants James Kincaid and Estella Kincaid ("Appellants") was complete for purposes of this appeal.  (ECF No. 17.)  Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellants' opening brief and excerpts of record were due, filed in the district court, within fourteen (14) days of the certification.  (ECF No. 17.)  On September 5, 2014, Appellants filed a motion for a **fourteen (14) week** extension to file their opening brief.  (ECF No. 18.)  The Court granted this request, but warned Appellants that the Court would not grant any further extension.  (*See* Minute Order, ECF No. 19.)  Hence, Appellants' opening brief is due on December 10, 2014.

On December 1, 2014, Appellants filed an ex parte application requesting another

1

1    extension. (ECF No. 20.) The Court has reviewed the application as well as the memorandum of
2    points and authorities in support of the application. Appellants have failed to show good cause
3    for another extension, especially in light of the Court's previous admonishment. Accordingly,
4    Appellants' request for an extension (ECF No. 20) is DENIED.

6        IT IS SO ORDERED.

8    Dated:  December 3, 2014

12       Troy L. Nunley
         United States District Judge