UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KINCAID and ESTELLA KINCAID,<br><br>Appellants,<br><br>v.<br><br>SUSAN K. SMITH AND THE OFFICE OF THE U.S. TRUSTEE,<br><br>Trustees. | No. 2:13-cv-01032-TLN<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO PROCEED IN FORMA PAUPERIS** |

On June 8, 2015, Appellants Estrella A. Kincaid and James M. Kincaid ("Appellants") filed an Application to Proceed In Forma Pauperis, pursuant to 28 U.S.C. §1915(a). (ECF No. 41.) The Court has reviewed Appellants' application and finds that good cause exists for granting Appellants' request. Therefore, Appellants' application (ECF No. 41) is hereby GRANTED. Furthermore, the Clerk of Court is directed to provide a copy of this Order to the United States Ninth Circuit Court of Appeals to assist in the resolution of *In re: Estrella Kincaid, et al v. Susan Smith, et al*, Case No. 15-15761.

IT IS SO ORDERED.

Dated: July 13, 2015

Troy L. Nunley
United States District Judge